**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ernest Neil Spaulding,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Lincoln National Life Insurance Company.,<br><br>　　　　　　Defendant(s). | **2:24-cv-01520-MDC**<br><br>**ORDER GRANTING PRO HAC VICE** |

**IT IS ORDERED** that the *Motion/Verified Petition for Permission to Practice Pro Hac Vice* (ECF No. 11) is GRANTED.

DATED this 22nd day of October 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge