✓ FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 31 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ERNEST NEIL SPAULDING,<br><br>Plaintiff,<br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE POLICY,<br><br>Defendant. | ) | CASE NO. 2:24 CV 1520 MDC<br><br><br><br><br>RESPONSE TO MOTION TO DISMISS COMPLAINT AND MOTION FOR LEAVE TO AMEND COMPLAINT |

Now comes plaintiff ERNEST SPAULDING, *pro se*, and responds to the Defendant's Motion to Dismiss Plaintiff's Complaint pursuant to this court's Minute Order of October 22, 2024, that any responses to the Motion to Dismiss be submitted within 14 days of the date of said Minute Order (See ECF No. 12), and seeks an additional thirty (30) days leave to file his response to the Motion to Dismiss Plaintiff's Complaint, or to file an amended complaint. This motion is not submitted to interject any delay into the proceedings and, in fact, is intended to give time to also allow ERNEST SPAULDING to seek counsel.

Dated:

/s/
ERNEST NEIL SPAULDING
Plaintiff, *pro se*

Prepared with assistance of Nevada Legal Services.

CERTIFICATE OF SERVICE

I hereby certify that on __________, I filed the foregoing RESPONSE TO MOTION TO DISMISS COMPLAINT AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT with the Clerk of the Court for the United States District Court for the District of NEVADA. I also sent an electronic copy by email to iwana.rademaekerslaw.com and spanglerlaw@outlook.com.

Dated: /s/

ERNEST NEIL SPAULDING
Plaintiff, *pro se*

Prepared with assistance of Nevada Legal Services.