Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

***Pro Hac Vice* Petition Forthcoming**
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERNEST NEIL SPAULDING,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

Case No. 2:24-cv-01520

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS COMPLAINT AND MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendant The Lincoln National Life Insurance Company ("Defendant") files this Response to Plaintiff's Response to Motion to Dismiss Complaint and Motion for Leave to Amend Complaint (Documents 14 and 15). Although titled and filed as a response to Lincoln's Motion to Dismiss, the text of the "Response" is clearly not a response to the motion to dismiss, but rather a request for an extension to file a response to the motion to dismiss or to file an amended complaint. Accordingly, Defendant informs the Court that it does not oppose the extension requested therein and does not oppose the requested leave to file an amended complaint.

Dated this 4th day of November 2024.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
**Admitted *Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: /s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November 2024, I electronically transmitted the foregoing, **DEFENDANT'S RESPONSE TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS COMPLAINT AND MOTION FOR LEAVE TO AMEND COMPLAINT,** to the clerk's office using the CM/ECF System for filing.

I further certify that a true and correct copy of the foregoing was served upon the following non-CM/ECF Registrants via US Priority Mail and by Electronic Mail:

Ernest Neil Spaulding
7889 Harbor Town Avenue
Las Vegas, NV 89113
(702) 201-1782
Email: ernest62@gmail.com
*Plaintiff, Pro Se*

/s/ *Iwana Rademaekers*
Iwana Rademaekers