UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ernest Neil Spaulding,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Lincoln National Life Insurance Company,<br><br>    Defendant(s). | 2:24-cv-01520-MDC<br><br>**ORDER GRANTING MOTION** |

Pending before the Court is *pro se* plaintiff's *Response to Motion To Dismiss Complaint and Motion for Leave to Amend Complaint* (ECF No. 15). Although plaintiff captions his brief as a response to defendants' motion to dismiss, plaintiff does not substantively respond to defendant's motion. Instead, plaintiff seeks only a 30-day extension to either respond to the Motion to Dismiss (ECF No. 9) or file an Amended Complaint. ECF No. 15. Defendants do not oppose either the extension or leave to file an amended complaint. ECF No. 16.

ACCORDINGLY,

**IT IS ORDERED that** the *Motion for Leave to Amend Complaint* (ECF No. 15) is **GRANTED**. Plaintiff must file a response to the Motion to Dismiss or an Amended Complaint by **December 5, 2024**.

DATED this 4th day of November 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk

of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.