Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST NEIL SPAULDING,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>Defendant. | Case No. 2:24-cv-01520<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff, Ernest Neil Spaulding (hereinafter "Plaintiff") and Defendant, The Lincoln National Life Insurance Company (hereinafter "Defendant") hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

DATED this 10th day of December 2024.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

_______________________________
Ernest Neil Spaulding
Plaintiff, *Pro Se*
Email: ernestspaulding62@gmail.com

/s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

Georlen Spangler, Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128

*Attorneys for Defendant*

I hereby certify that on the ~~9th~~ 10th day of December 2024, I electronically transmitted the foregoing, **JOINT NOTICE OF SETTLEMENT** to the clerk's office using the CM/ECF System for filing.

I further certify that a true and correct copy of the foregoing was served upon the following non-CM/ECF Registrants via Electronic Mail:

Ernest Neil Spaulding
Email: ernestspaulding62@gmail.com
*Plaintiff, Pro Se*

*/s/ Iwana Rademaekers*
Iwana Rademaekers