Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone:  702.381.5830
E-Mail:  spanglerlaw@outlook.com
*Attorneys for Defendant*

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST NEIL SPAULDING,<br><br>          Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case No. 2:24-cv-01520<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

   Plaintiff Ernest Neil Spaulding and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

   Plaintiff and Defendant no longer desire to litigate this action.

   Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

1

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 23rd day of December 2024.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

| | |
|---|---|
| (Signature attached) | /s/ Iwana Rademaekers |
| Ernest Neil Spaulding | Iwana Rademaekers, TX Bar No. 16452560 |
| Plaintiff, *Pro Se* | ***Admitted Pro Hac Vice*** |
| Email: ernest62@gmail.com | 17304 Preston Rd, Suite 800 |
| | Dallas, Texas 75252 |
| | |
| | Georlen Spangler, Nevada Bar No. 3818 |
| | LAW OFFICE OF GEORLEN K. SPANGLER |
| | 2620 Regatta Drive, Suite 102 |
| | Las Vegas, Nevada 89128 |
| | |
| | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 12/30/2024

**2**

| | |
|---|---|
| 1 | Georlen Spangler, Esq. |
| | Nevada Bar No. 3818 |
| 2 | LAW OFFICE OF GEORLEN K. SPANGLER |
| 3 | 2620 Regatta Drive, Suite 102 |
| | Las Vegas, Nevada 89128 |
| 4 | Phone: 702.381.5830 |
| | E-Mail: spanglerlaw@outlook.com |
| 5 | *Attorneys for Defendant* |
| 6 | |
| | ***Admitted Pro Hac Vice*** |
| 7 | Iwana Rademaekers, TX Bar No. 16452560 |
| | LAW OFFICES OF IWANA RADEMAEKERS, P.C. |
| 8 | 17304 Preston Road, Suite 800 |
| | Dallas, Texas 75252 |
| 9 | Main: (214) 579-9319 |
| | Fax: (469) 444-6456 |
| 10 | Email: iwana@rademaekerslaw.com |
| 11 | |
| | *Attorneys for Defendant* |
| 12 | |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| ERNEST NEIL SPAULDING, | | |
| | Plaintiff, | Case No. 2:24-cv-01520 |
| v. | | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | | |
| | Defendant. | |

Plaintiff Ernest Neil Spaulding and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

1

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this ___ day of DEC , 20 24

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

Ernest Neil Spaulding
Plaintiff, *Pro Se*
Email: ernest62@gmail.com

/s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

Georlen Spangler, Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128

*Attorneys for Defendant*

I hereby certify that on the ___ day of DEC , 20 __, I electronically transmitted the foregoing, **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** to the clerk's office using the CM/ECF System for filing.

I further certify that a true and correct copy of the foregoing was served upon the following non-CM/ECF Registrants via Electronic Mail:

>Ernest Neil Spaulding
>Email: ernestspaulding62@gmail.com
>*Plaintiff, Pro Se*

/s/ *Iwana Rademaekers*
Iwana Rademaekers

2